# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

SHIRLEY BLACK,               )
                                       )
      Plaintiffs,        )
                                       )
v.                                 )       Civil No.  3:15-cv-01055
                                     )       Judge Trauger
CIGNA CORPORATION, ET AL.,    )
                                       )
      Defendants.      )

## O R D E R

Defendant Cigna Corporation has filed a Motion to Dismiss for Lack of Personal Jurisdiction (Docket No. 4) to which no timely response has been filed.  The motion is therefore GRANTED, and all claims against this defendant in this case are dismissed for lack of personal jurisdiction.

It is so **ORDERED.**

ENTER this 10th day of November 2015.

_____
ALETA A. TRAUGER
U.S. District Judge