UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHIRLEY BLACK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:15-Cv-01055 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this entire case be dismissed, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Respectfully submitted this 18th day of March, 2016.

| | |
|---|---|
| **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC** | s/Cynthia Hall Templeton, w/perm. to CSH<br>**Cynthia Hall Templeton, Esq., #011512** |
| By: s/Cameron S. Hill | 176 West Franklin Street |
| Cameron S. Hill, #017408 | Gallatin, TN 37066 |
| 1900 Republic Centre | (615) 452-2587 |
| 633 Chestnut Street | cynthia@thetempletonfirm.com |
| Chattanooga, TN 37450 | *Attorney for Plaintiff* |
| (423) 209-4160 | |
| chill@bakerdonelson.com | |
| *Attorneys for Defendants* | |